AMY J. NELSON
Special Assistant United States Attorney

Office of the Staff Judge Advocate
1336 Plummer Street, Building 275
Monterey, California 93944

Attorney for Government

FILED

AUG 15 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SALINAS BRANCH

UNITED STATES OF AMERICA,           )
                                    )
         Prosecutor                 )     UNITED STATES' MOTION
                                    )     AND PROPOSED ORDER TO
         v.                         )     DISMISS CASE CR06-00609-PVT
                                    )
Martin Morgan and Rene Ayala        )

## UNITED STATES' MOTION TO DISMISS

1. The United States moves that the case against the above named defendants, CR06-00609-PVT, be dismissed.

2. The United States makes this motion in the interests of Justice.

Dated: 15 August 2007

Respectfully submitted,

*Amy J. Nelson*
AMY J. NELSON
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: 8-15-07 2007

United States Magistrate Judge

Richard Seeborg
U.S. Magistrate Judge

ENTERED ON THE CRIMINAL DOCKET ON: _____

DIMISSAL ORDER